No. 551. DeVries et al. v. Baumgartner's Electric Construction Co., 359 U. S. 498;

No. 812. Gorska v. Pennsylvania Railroad Co., 359 U. S. 990;

No. 824. Vant et al. v. Mutual Benefit Life Insurance Co., 359 U. S. 1002; and

No. 747, Misc. Williams v. Alabama, 359 U. S. 1004. Petitions for rehearing denied.

No. 384. Tuscarora Nation of Indians, also known as Tuscarora Indian Nation, v. Power Authority of New York et al., 358 U. S. 841. Motion to substitute John Burch McMorran in the place of John W. Johnson as a party respondent granted. Motion for leave to file petition for rehearing denied. Mr. Justice Stewart took no part in the consideration or decision of this motion and application.

June 26, 1959.

No. ——. County School Board of Prince Edward County, Virginia, et al. v. Allen et al. The application for a stay of further proceedings in the United States District Court for the Eastern District of Virginia is denied. *Archibald G. Robertson, John W. Riely* and *T. Justin Moore, Jr.* for petitioners. *Albertis S. Harrison, Jr.,* Attorney General, and *Henry T. Wickham,* Special Assistant Attorney General, for the Commonwealth of Virginia.